IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK HAYNES and MELISSA HAYNES, | ) ) ) |
| Plaintiffs, | ) No. 3:20-cv-01060 ) |
| v. | ) JUDGE TRAUGER ) |
| KALEON GLOBAL, LLC, NATHAN BAILEY, CHRISTIAN A. LEAKE, and RANDY FERRAGINA, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Jack Haynes and Melissa Haynes hereby give notice of their dismissal of this action with prejudice.

**NEAL & HARWELL, PLC**

By: /s/ Jeffrey A. Zager
    Philip N. Elbert, No. 009430
    Jeffrey A. Zager, No. 032451
    Mozianio S. Reliford, III, No. 036170
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
pelbert@nealharwell.com
jzager@nealharwell.com
treliford@nealharwell.com

*Counsel for Plaintiffs*